# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

WESTERN DIST ARKANSAS
FILED

AUG 1 6 2018

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Samsung Galaxy Cellular Phone and a Dell Laptop<br>both taken from the possession of Timothy Reddin | )<br>)<br>)<br>)<br>)<br>) |

Case No. S : 18 CM 72

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Arkansas_____ *(identify the person or describe property to be searched and give its location):* See "Attachment A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See "Attachment B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___2422(b)___ , and the application is based on these facts: See "Attachment C"

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Gerald Faulkner, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/16/18 @ 10:21 am

_____
*Judge's signature*

ERIN L. WIEDEMANN, U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state:  Fayetteville, Arkansas

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The below items were taken from Timothy Reddin and presently located at the Homeland Security Office in Fayetteville, Arkansas:

**(1)** Samsung Galaxy cellular telephone bearing serial number 357756081617827

**(2)** Dell Laptop bearing serial number 8BVM2C2

## ATTACHMENT B
## ITEMS TO BE SEARCHED FOR AND SEIZED

a.      Any and all images of suspected child pornography and files containing images of suspected child pornography, any and all images believed to be an attempt to produce child pornography or images related to prostitution, of adult or minors, in any form wherever it may be stored or found including, but not limited to:

      i.      originals, thumbnails, and copies of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

      ii.     videos(AKA motion pictures, films,  digital recordings), and other recordings or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

      iii.    Images self-produced of the defendant and minors, and attempts to take or produce such.

      iv.    Images of children, nude or otherwise, possessed, sent, received, or via message, email, or otherwise stored on the phone.

      v.     Internet history, including CACHE memory related to internet searches for child pornography or websites that could pertain such.

b.      information or correspondence pertaining to the solicitation of others for sexual activity involving minors, including any and all information such as text messages, instant messages, internet based messaging applications (website A) etc related to the sexual exploitation of children, including but not limited to:

      i.      correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, text messages, establishing possession, identity of individuals, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

      ii.     records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

      iii.    Any and all chat log, text messages, email, or any type of communication in any form that is related to the sexual exploitation of minors

           a.  Including messages sent to individuals discussing the sexual assault or desire to sexually assault minors

c.      records evidencing ownership of the subject item, including in and all lists of names, telephone numbers, addresses and contacts, and the content of voice mails and text messages and internet based applications.

d.      Any and all security devices, to include encryption devices, needed to gain access to the phone;

e.      Any and all address lists, names, contact information of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256; and/or any information evidencing contact or correspondence with minors or adults in whatever form.

f.      Any and all recordings, including those made by the defendant or the minor victim, or anyone else, that depicts the defendant or others engaging in sexually explicit conduct of any type.

g.      In searching the data, the computer personnel may examine and copy all of the data contained in the subject item to view their precise contents and determine whether the data falls within the items to be seized.  In addition, the examining personnel may search for and attempt to recover deleted, hidden, or encrypted data to determine whether the data falls within the list of items to be seized.

ATTACHMENT C

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

STATE OF ARKANSAS                    :
                                     :
                                     :        ss.  **A F F I D A V I T**
                                     :
COUNTY OF WASHINGTON

### Affidavit in Support of Application for Search Warrant

I, Gerald Faulkner, being duly sworn, depose and state as follows:

      1.     I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

      2.     This affidavit is being submitted in support of an application for a search warrant

for electronic devices described as being a Samsung Galaxy cellular telephone bearing serial number 357756081617827 and a Dell Laptop bearing serial number 8BVM2C2 also referred to as **"SUBJECT ITEMS"** located and seized from Timothy Lee REDDIN's person and vehicle at the time of his encounter and arrest in Fayetteville, Arkansas.  As such, it does not include all of the information known to me as part of this investigation, but only information sufficient to establish probable cause for the requested search warrant.

### Statutory Authority

3.     This investigation concerns alleged violations of Title 18, United States Code, Sections 2422(b) relating to material involving the sexual exploitation of minors, which has been defined in Title 18, United State Code, Section 2256 as an individual under 18 years of age.

a.     Under 18 U.S.C. Section 2422(b), it is a federal crime for any person to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.  Further, under 18 U.S.C. Section 2253(a)(3), a person who is convicted of an offense under 18 U.S.C. Section 2422(b), shall forfeit to the United States such person's interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

### Computers and Child Pornography

4.     "Based upon my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that computers and computer technology have revolutionized the way in which child pornography is produced, distributed and utilized.  Prior to the advent of computers and the Internet, child pornography was produced using cameras and film, resulting in

either still photographs or movies. The photographs required darkroom facilities and a significant amount of skill in order to develop ad reproduce the images. As a result, there were definable costs involved with the production of pornographic images. To distribute these images on any scale also required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls, and compensation for these wares would follow the same paths. More recently, through the use of computers and the Internet, distributors of child pornography use membership-base/subscription-based websites to conduct business, allowing them to remain relatively anonymous.

5. In addition, based upon my own knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that the development of computers has also revolutionized the way in which those who seek out child pornography are able to obtain this material. Computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage. More specifically, the development of computers has changed the methods used by those who seek to obtain access to child pornography in these ways:

6. Producers of child pornography can now produce both still and moving images directly from a common video or digital camera. The camera is attached, using a device such as a cable, or digital images are often uploaded from the camera's memory card, directly to the computer. Images can then be stored, manipulated, transferred, or printed directly from the computer. Images can be edited in ways similar to how a photograph may be altered. Images can be lightened, darkened, cropped, or otherwise manipulated. The producers of child pornography

can also use a device known as a scanner to transfer photographs into a computer-readable format. As a result of this technology, it is relatively inexpensive and technically easy to produce, store, and distribute child pornography. In addition, there is an added benefit to the pornographer in that this method of production does not leave as large a trail for law enforcement to follow.

7.      The Internet allows any computer to connect to another computer. By connecting to a host computer, electronic contact can be made to literally millions of computers around the world. A host computer is one that is attached to a network and serves many users. Host computers are sometimes operated by commercial Internet Service Providers (ISPs), such as America Online ("AOL") and Microsoft, which allow subscribers to dial a local number and connect to a network which is, in turn, connected to the host systems. Host computers, including ISPs, allow e-mail service between subscribers and sometimes between their own subscribers and those of other networks. In addition, these service providers act as a gateway for their subscribers to the Internet or the World Wide Web.

8.      The Internet allows users, while still maintaining anonymity, to easily locate (i) other individuals with similar interests in child pornography; and (ii0 websites that offer images of child pornography. Those who seek to obtain images or videos of child pornography can use standard Internet connections, such as those provided by business, universities, and government agencies, to communicate with each other and to distribute child pornography. These communication links allow contacts around the world as easily as calling next door. Additionally, these communications can be quick, relatively secure, and as anonymous ad desired. All of these advantages, which promote anonymity for both the distributor and recipient, are well known and are the foundation of transactions involving those who wish to gain access to child pornography over the Internet. Sometimes the only way to identify both parties and verify the transportation of

child pornography over the Internet is to examine the recipient's computer, including the Internet history and cache to look for "footprints" of the websites and images accessed by the recipient.

9.      The computer's capability to store images in digital form makes it an ideal repository for child pornography. A single floppy disk can store dozens of images and hundreds of pages of text. The size of the electronic storage media (commonly referred to as a "hard drive") used in home computers has grown tremendously with the last several years. Hard drives with the capacity of 160 gigabytes are not uncommon. These drives can store thousands of images at very high resolution. Magnetic storage located in host computers adds another dimension to the equation. It is possible to use a video camera to capture an image, process that image in a computer with a video capture board, and save that image to storage in another country. Once this is done, there is no readily apparent evidence at the "scene of the crime." Only with careful laboratory examination of electronic storage devices is it possible to recreate the evidence trail.

10.     It should be noted that Internet Protocol (IP) numbers are unique identifiers leased to internet customers by their ISP's. Although IP numbers are capable of changing over time, only one (1) unique IP number can be assigned to a given customer's computer at any given time. Logs of these leased IP's (and their assigned customer accounts) are stored by ISP's routinely.

11.     Your Affiant knows from his own experience and the training and experience of other law enforcement officers that Internet computers identify each other by an Internet Protocol or IP address. These IP addresses can assist law enforcement in finding a particular computer on the Internet. These IP addresses can typically lead the law enforcement officer to a particular Internet service company and that company can typically identify the account that uses the address to access the Internet.

**Background Regarding "WEBSITE A" Accounts**

12.     Based on my knowledge and experience and information obtained from other law enforcement personnel with training and experience in this area, the following is known about WEBSITE A accounts:

a.      WEBSITE A is an application and website for gay males to communicate and interact.

b.      The WEBSITE A application permits the user to post a public profile consisting of user generated demographic information, including personally identifying information, and images.

c.      When establishing a WEBSITE A account or profile a user is required to provide an email address in order to use the service.

d.      WEBSITE A permits users to communicate via private messages and electronic mail. Users may also send other users additional files such as pictures, videos, and audio files.

e.      WEBSITE A permits users to search for other users using geolocation features. This feature is transparent to the user. It does not show the user the actual distance but merely shows other profiles based on their geographic proximity. The geolocation feature derives information from Global Positioning System (GPS) information, Wi-Fi access point location information, and cell site location information. The accuracy of this geo-location information varies depending on the services used to determine the location and can vary in precision to a few meters to hundreds of meters.

### Summary of the Investigation to Date

13.     Your Affiant's training and experience in conducing Internet Crimes Against Children (ICAC) investigations has revealed the online social networking application WEBSITE A has become a well-known avenue for child predators to entice minor males into sexual encounters or exchange sexually explicit content. Your Affiant also knows WEBSITE A requires users to be eighteen (18) years of age to access the application but previous ICAC investigations has shown minor males will provide fictitious dates of birth to enter the online site and interact with adult users.

14.     On July 27, 2018, while conducting HSI authorized undercover operations in the WEBSITE A application for an unrelated child exploitation investigation, your Affiant received an unprovoked private message from a user profile named "Lee". The "Lee" profile was publicized by the user as being a sixty-two (62) year old white male whose height is six foot one and weight was two-hundred and fifteen pounds. The profile also showed the "Lee" user to be married and at the time of the chat conversation, geolocated approximately three miles from the HSI electronic device being utilized for the undercover operation. A profile description for the "Lee" user was listed as saying, "I just wanna have fun...I like younger guys. But hell, at my age that's just about everybody! Discreet, intelligent, witty, professional guy. Love to meet new friends. Especially naked ones."

15.     After receiving the initial message from the "Lee" profile, your Affiant, still acting in an undercover capacity and representing himself to be a fourteen year old minor male, responded and the following conversation ensued: (Investigators Note: Due to the WEBSITE A application requiring users who create an account to be at least eighteen years of age, the undercover account was publicly listed as being an eighteen-year-old male).

LEE – I like your hashtags! I'm no fan of our lying Pres.

UC – Exactly

LEE – You are wise beyond your years. :)

UC – Thanks!

LEE – Are u new on WEBSITE A? Haven't seen u here before.

UC – Just made an account tonight to see what it's about

LEE – Cool. Welcome

LEE – It won't take long for you to find out what it's about...lol

UC – Haha, I'm getting a crash course

LEE – Yeah, a good looking 18 yr old will get hit on a lot

UC – Not 18 just first chance to get on here while parents out of town to finally talk to people

LEE – How old then?

LEE – I won't tell :)

UC – **Lol…thanks. 15 in November**

UC – Just wanted to be around like minded guys

LEE – Gay I suppose?

UC – Yes but not out

LEE – Not to anybody?

UC – Just a few friends at school

LEE – Any gay friends?

UC – All, kinda in the same boat they are getting on tonight also

UC – I mean the ones from school who know

LEE – Have you had sex yet, other than with your hand :)

UC – My hand is my best friend right now…haha. But no, kinda why I wanted to get on this app finally

LEE – There will be a lot of guys here who will want to suck your dick 4 sure

LEE – Any maybe more…

UC – A lot of faceless profiles asked as soon as I joined but worried who to trust

LEE – Year, be careful.  You'll find some real flakes here.

LEE – But some good guys too.

UC – Well I'm looking for a good guy I can trust and be easy for my first

UC – Didn't know they showed how close everyone is to each other

LEE – What do u hope to do?

LEE – You can set your profile not to show the distance if you want.

UC – I was trying to find that setting but then again don't really want to talk to someone in another state to meet, kinda defeats the purpose I guess.

LEE – You looking just for a hand job, or sucking, or maybe fucking? How much do u feel ready for?

UC – I don't know about fucking yet maybe oral or something first and see where it goes

UC – How did you start when you came out

LEE – Shit, I had my first gay fuck when I was 14, so I started early.

LEE – A high school boy 3 yrs older did it with me

LEE – He really took all the initiative so I didn't have to do anything. It just happened to me.

UC – Nice, I wish it was that easy for me but my folks could never know I'm the black sheep in the house

UC – That's why I like this app so much so far

LEE – Yeah, that's tough

UC – They are religious freaks and actually like our asshole president, if they only knew about me…haha

LEE – You seem like a smart kid, just be careful.  You can get hurt if you think with your dick head instead of the head on your shoulders…

UC – Thanks, appreciate it. Right now I think both heads are fighting with each other…lol

LEE – I'd start out going just for oral, work up to the ass stuff later.

LEE – Take it a step at a time

LEE – Gay porn will be your friend for a while. :)

UC – Gay porn is only getting me so far, want to meet someone I can trust to be my first and be gentle to get me started

UC – My friends looking for the same but it seems impossible in Fayetteville

LEE – If I weren't such an old fart I'd volunteer! Lol

UC – Oh stop with the age thing…haha. I don't care about age on here I'm not trying to date anyone on here just see if I can't find somebody to teach me before I do meet that somebody.

LEE – I could meet you.  No pressure to do anything you decide not to.

LEE – Here's what I have to offer

Investigators Note: The LEE user profile then sent the UC account four images of an adult male's naked erect penis and one image of an adult male's naked buttocks.

UC – OMG – wow very nice.  I've been nervous as to what my ass can first take

LEE – You can have fun without fucking.  That will come when u are ready.

UC – Well what do you say we do first, makes me kinda nervous…lol

LEE – How about I take to tomorrow. for a burger, then we can go somewhere private if u still want to and I can "coach" you to suck dick…

UC – But in a good way

LEE – We can suck each other off, and no pressure to do anything else until another time.

UC – You seem nice and I feel I can trust you so I'd like that…you're not gonna kidnap or kill thos right? Lol

UC – My first night on here has just moved really quick

LEE – Actually, I'm an axe murderer…

LEE – J/k

UC – Haha…I was actually expecting that answer…nice

LEE – I'm a gentle guy really.  I'm a college teacher and a businessman

UC – You actually have me all excited right now but unfortunately I can't tomorrow, my parents have my aunt picking me up to spend the rest of the weekend with her in Alma, they obviously don't trust me being home alone.

LEE – Well damn :)

UC – Can we do another day…hopefully

UC – Soon?

UC – Before school starts back?

LEE – Yep, any time that's good for u. I can arrange my schedule

LEE – Our talks has me hard.  Gotta go jerk off now!

UC – I keep scrolling back up to your dick pics and really want this to happen and think it will feel good for my first

UC – How do I find you again on here

LEE – I'm gonna trust you with my cell number. Text me at 479-200-3492. Text, don't call. My name's Lee.

LEE – Just start the text This is (**Redacted**)

UC – Awesome, my name is (**Redacted**) and my cell ends in (**Redacted**) when you see it.  I also have a fb profile with the same pic but different last name so my parents don't find it if you wanna friend me…(**Redacted**)

LEE – Thanks bro.  Enjoyed our chat.  I'll look forward to next time!

LEE – Good night!

UC – Absolutely, can't wait and thank you for being supportive and kind

UC – Good night!!!

16.     Your Affiant then conducted Department of Homeland Security (DHS) and open source database queries on the cellular telephone number 479-200-3492 provided by the "Lee" user profile as a means of contact.  The results revealed the telephone number is subscribed to Timothy Lee REDDIN with a date of birth in 1951 and currently residing at 2901 East Sterling Court in Fayetteville, Arkansas.  Database queries further revealed REDDIN as having been issued an Arkansas Driver's License bearing the last four digits 4054 which was issued on March 2, 2016 and expires on January 26, 2024.  The address associated to REDDIN's Arkansas Driver's License is listed as being 2901 East Sterling Court in Fayetteville, Arkansas 72703.  Your Affiant also

recognized REDDIN's height was recorded on the Arkansas Driver's License as being six foot one which is one in the same height listed on the WEBSITE A user profile for "Lee". REDDIN is also shown to previously holding a position of public trust as a religious pastor for churches located in Hot Springs, Arkansas and Benton, Arkansas.

17.     Criminal history record checks revealed REDDIN is assigned the Federal Bureau of Investigations (FBI) number ending in the last four characters 6PB7 and has a previous 2000 arrest and conviction in the Eastern District of Arkansas for federal violations of Possession of Child Pornography. REDDIN was sentenced to twenty-seven (27) months incarceration and made to register as a non-expiring sex offender. The criminal history record associated to REDDIN, at the time of his arrest, was recorded as him being two-hundred and five pounds which is close in relation to the documented weight on the WEBSITE A user profile for "Lee".

18.     Your Affiant then compared the photograph uploaded for the WEBSITE A user profile of "Lee" to the photograph documented on REDDIN's Arkansas Driver's License ending in the last four digits 4054 and determined them to not be one in the same person. Your Affiant's training and experience in working ICAC investigations has revealed that it is not uncommon for child predators to mask their identities to law enforcement and other social networking users while interacting in illegal child exploitation activities online, especially when a child predator is documented as being a registered sex offender. It is believed by your Affiant, due to REDDIN having been a religious pastor at the time of his 2000 arrest and conviction for possession of child pornography and the fact there are currently publicly accessible online articles outlining the facts of his case, he is utilizing a fictitious profile picture on his WEBSTIE A account of "Lee". Your Affiant further contends the WEBSITE A user account "Lee" is believed to be REDDIN due to the fact his residential address is located approximately three point nine miles from the location of

the HSI electronic device being utilized for the undercover operation which coincides with the three mile geolocation the WEBSITE A application showed the "Lee" user to be at during the time of the undercover chat conversation.

19.     On August 3, 2018, at approximately 1000 hours, pursuant to the ongoing child exploitation investigation regarding a HSI authorized undercover operation in the WEBSITE A application, HSI ICAC Special Agents and Task Force Officers set up an inner and outer surveillance perimeter of the Fiesta Square parking lot located in Fayetteville, Arkansas.  The surveillance was conducted in attempts to encounter and identify the "Lee" user profile, believed to be created and utilized by REDDIN, at the prearranged meeting location where, after building trust, a sexual encounter was set to take place between REDDIN and a believed fourteen year old minor male.

20.     Prior to setting up the surveillance perimeter, DHS database queries were conducted to identify all possible vehicles registered to REDDIN that could potentially arrive at the prearranged meet location. The queries resulted in identifying an additional white Kia Optima bearing Arkansas license plate number 893 SZJ that was also registered to REDDIN.

21.     At approximately 1039 hours, your Affiant, also positioned in the Fiesta Square parking lot area, logged into the undercover (**Redacted**) account on the WEBSITE A application and sent the "Lee" user profile the message of: "I'm gonna start walking to fiesta in a bit". Shortly thereafter, while monitoring the HSI undercover device, the "Lee" user profile logged into the WEBSITE A application and showed his device to be geolocated approximately 1157 feet away from the undercover device.  At approximately 1040 hours, the "Lee" user profile responded with the message of: "Cool, see you there".

22.     At approximately 1041 hours, HSI Group Supervisor (GS) Shane Watts and Task

Force Officer (TFO) Tommy Wooten notified your Affiant they had observed a white Kia

Optima bearing Arkansas license plate number 893 SZJ arrive at Fiesta Square and park near the

entrance of the Big Lots store.  GS Watts and TFO Wooten then made a positive identification of

REDDIN as he exited the vehicle and entered Big Lots.  Agents and TFOS then converged to

REDDIN's vehicle location and as he exited Big Lots, he was encountered and placed under

arrest by GS Watts and TFO Wooten.  While TFO Wooten was placing him into handcuffs,

REDDIN made the spontaneous statement, "I thought that this is what it might be".  A search

incident to arrest of REDDIN's person resulted in locating the following items of evidentiary

value:

001 – Samsung Galaxy Cell Phone (**SUBJECT ITEM**)
002 – Wallet
003 – Hotel Keys

23.     Your Affiant arrived at the vehicle shortly thereafter and properly identified

himself to REDDIN.  REDDIN was then advised by your Affiant, based on an ongoing child

exploitation investigation spanning the last week, probable cause arrest had been authorized by

the United States Attorney's Office for the Western District of Arkansas on REDDIN for

violations of Title 18, United States Code, Section 2422(b) – Online Enticement of a Minor.

Your Affiant then verbally advised REDDIN of his Miranda rights via a standard issued HSI

Miranda rights card.  REDDIN acknowledged that he understood his rights at which time your

Affiant told REDDIN a federal search warrant had also been obtained for his residence located at

2901 East Sterling Court in Fayetteville, Arkansas and he would be transported back to his home

for the execution of the search warrant. It was explained to REDDIN that your Affiant did not

want to discuss the details surrounding the issuance of the federal arrest and search warrants in

the Fiesta Square parking lot and if he was willing to speak with Agents, an interview would be conducted at his house.

24.     Due to the fact REDDIN was encountered and placed under arrest prior to reentering his vehicle, Your Affiant asked him if he would be willing to give consent to search the interior of his car.  REDDIN was cooperative and agreed to give consent to search his Kia Optima at which time your Affiant completed a DHS Consent To Search Form.  Your Affiant then removed REDDIN's handcuffs and allowed him the opportunity to review the form and after reviewing it, he signed the form granting Agents and TFOs permission to search his vehicle.  REDDIN was then placed back into handcuffs and seated in GS Watts government issued vehicle while the search was being conducted.  Upon completion of the search of REDDIN's vehicle, the following items of evidentiary value were seized:

001 -  Condoms
002 – Floppy Disks (2)
003 – Astroglide Tube
004 – Sex Toy
005 – Dell Laptop (**SUBJECT ITEM**)
006 – Miscellaneous Documents

25.     At the conclusion of the search of the vehicle, your Affiant provided REDDIN with an inventory copy of what had been seized by HSI and asked him if he would like for his car to be locked and the keys turned over to his wife during the execution of the federal search warrant allowing her to retrieve it later in the day as opposed to having it towed to which REDDIN acknowledged he would prefer it be handled in that particular manner.  The vehicle was then secured and locked by your Affiant at which time Agents and TFOs, along with REDDIN in custody, all relocated to 2901 East Sterling Court in Fayetteville, Arkansas.

26.     Prior to departing the Fiesta Square parking lot, REDDIN's Samsung Galaxy Cell Phone (**SUBJECT ITEM**) was turned over to HSI Computer Forensic Agent (CFA) Benjamin Kemp, who was also present on scene, in order for him to manually enter the device and place it on airplane mode to prevent attempts to delete, destroy or alter any potential evidence by a third-party remote accessing into the telephone until a federal search warrant could be obtained for the item.  While swiping past the lock screen of the device to enter the settings tab, CFA Kemp observed REDDIN's phone was currently logged into the WEBSITE A application.  CFA Kemp then set the phone to airplane mode and returned the device to your Affiant who then placed it back into evidence.

### Conclusion

27.     *Necessity of On-site and Off-site examinations of entire computers or storage media.*  Based on my experience and the training and experience of other agents, many of the items sought in this affidavit may be stored electronically.  Based on my experience and consultation with computer forensic experts, I know that electronic files can be easily moved from computer or electronic storage medium to another computer or medium.   Therefore, electronic files downloaded to or created on one computer can be copied on or transferred to any other computer or storage medium at the same location.  In addition, based on my experience, I know that searching computerized information for evidence of crime often requires special agents to seize most or all of a computer system's central processing unit (CPU), input/output peripheral devices, related software, documentation, and data security devices, including passwords, so that a qualified computer expert can accurately retrieve the system's data in a laboratory or other controlled environment.  This is true because of the following:

(a) Volume of evidence:  Computer storage devices such as hard disks, diskettes,

tapes and laser disks, can store the equivalent of thousands of pages of information. This sorting process can take up to several months to complete, depending on the volume of data stored. Therefore, it would also be impractical to attempt this type of data search on site.

(b) Technical requirements: Searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications, so it is difficult to know before a search which expert is qualified to analyze the system and its data. In any event, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even hidden, erased, compressed, password-protected, or encrypted files. Since computer evidence is extremely vulnerable to inadvertent or intentional destruction (both from external sources and from destructive code embedded in the system such as a "booby trap"), a controlled environment is essential to its complete and accurate analysis.

28.     Therefore, authorization is sought in this application to seize the items set forth in attachment "B" that are found on the premises to be searched, in order to examine those items for evidence. If it is determined that data has been seized that does not constitute evidence of the crimes detailed herein, the government will return said data within a reasonable time.

29.     Based on my experience and the training and experience of other agents involved with this investigation, your affiant knows that individuals involved in the sexual exploitation of children through child pornography almost always keep copies of their sexual explicit material. Among the reasons copies are maintained is because child pornography is illegal to openly purchase, and the most common method of acquiring it is by trading with other people with similar interests. It is also known that due to the inherent illegality of these sexually explicit materials,

they are most often kept in a place considered secure, usually a residence, to avoid detection by law enforcement.

30.     Based on the foregoing information, probable cause exists to believe there is located on the Samsung Galaxy cellular telephone bearing serial number 357756081617827 and the Dell Laptop bearing serial number 8BVM2C2, the **SUBJECT ITEMS**, evidence of violations of Title 18, United States Code, Section 2422(b), et seq.  Your Affiant prays upon his honorable court to issue a search warrant for the **SUBJECT ITEMS** for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Section 2422(b), et seq.

_____
Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this _____16th_____ day of August 2018

_____
Erin L. Wiedemann
United States Magistrate Judge